David **RODGERS,** Plaintiff/Respondent,

v.

Christal **CROWLEY,**
Defendant/Appellant.

No. 58804.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 23, 1991.

Patrick O. Boyle, Private Atty., St. Louis, for defendant-appellant.

David Rodgers, pro se.

### ORDER

The defendant appeals from a judgment entered against her on a complaint for false imprisonment following a jury verdict and an award of $2,000 damages. We affirm.

The evidence in support of the jury verdicts was not insufficient, no error of law appears, and an extended opinion would have no precedential value. Rule 84.16(b).